ELIZABETH O. HARDY, ADMINISTRATRIX, ETC., RESPOND-
ENT, v. DELAWARE, LACKAWANNA AND WESTERN
RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1922—Decided February 1, 1923.

On appeal from the Supreme Court, whose opinion is re-
ported in 97 *N. J. L.* 358.

For the respondent, *William C. Gebhardt & Son.*

For the appellant, *Frederic B. Scott.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Jus-
tice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD,
BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPEN-
HEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK,
JJ.   13.

*For reversal*—None.